STATE OF CONNECTICUT *v.* TERRELL K. KIMBLE

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 572 (AC 26992), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*James B. Streeto*, assistant public defender, in support of the petition.

*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided May 21, 2008

MICHAEL JOHNSON *v.* COMMISSIONER OF CORRECTION

The petitioner Michael Johnson's petition for certification for appeal from the Appellate Court, 106 Conn. App. 781 (AC 27093), is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration or decision of this petition.

*Kevin E. Dehghani*, special public defender, in support of the petition.

*Adam E. Mattei*, special deputy assistant state's attorney, in opposition.

Decided May 21, 2008